**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**IN RE: ANTHONY J. BALLATO**

**PETER PAUL MITRANO,**

    Appellant,

v.                                                                  Case No. 8:04-cv-900-T-30EAJ

**ANTHONY J. BALLATO,**

    Appellee.
_____/

**ORDER**

THIS CAUSE comes before the Court upon Peter Paul Mitrano's Notice of Intention to File a Petition for Writ of Mandamus (Dkt. 35). On November 11, 2004, this Court entered an Order affirming the partial summary judgment entered by the bankruptcy court on March 23, 2004. Peter Paul Matrino appealed the partial summary judgment to the Eleventh Circuit. On June 15, 2005, the Eleventh Circuit dismissed his appeal for lack of jurisdiction as the partial summary judgment entered by the bankruptcy court was not a final order.

In the instant Notice, Appellant notes that he has not received a response to a Motion to Direct the Filing of Mitrano's Appeal. Appellant claims to have mailed the Motion to this Court on January 20, 2007. The referenced Motion, which requests that the Court direct the filing of an appeal filed with the bankruptcy court on May 31, 2007, was not filed in this

action. Thus, the Court determines the instant Notice is not a proper pleading and should be stricken from the record.

It is therefore ORDERED AND ADJUDGED that the Clerk is directed to STRIKE the Notice of Intention to File a Petition for a Writ of Mandamus (Dkt. 35) from the record.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-900.mandamus.frm